|  |  |
|---|---|
|  | The Honorable Marc Barreca<br>Chapter 7<br>Hearing Date: December 17, 2020<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Telephonic<br>Response Date: December 10, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>PAKIE VINCENT PLASTINO,<br><br>    Debtor. | Case No. 17-11760-MLB<br><br>DECLARATION OF RONALD G. BROWN IN SUPPORT OF TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF OLGA PLASTINO TO COMPEL ABANDONMENT OF PROPERTY |

I, Ronald G. Brown, declare and state as follows:

1. I am the duly appointed Chapter 7 trustee for the bankruptcy estate of Pakie Vincent Plastino. I make this declaration in support of the Trustee's Response in Opposition to Motion of Olga Plastino to Compel Abandonment of Property (the "Abandonment Motion"). Terms not otherwise defined shall have the meanings assigned in the Response.

2. I was appointed as the Chapter 7 trustee for Plastino [Dkt. # 62] and have acted in that capacity since my appointment on June 27, 2017.

3. This is the Debtor's fourth voluntary bankruptcy case in this court. The Debtor also filed a voluntary bankruptcy in the United States Bankruptcy Court for the Central District of California (Riverside). His previous bankruptcy filings and their conclusions are:

    3.1    Voluntary chapter 11 petition filed June 3, 1982, in the Western District of Washington under case number 82-10639-TTG, by Marjorie T. Plastino and Pakie V. Plastino, dismissed November 12, 1987;

DECLARATION OF RONALD G. BROWN IN SUPPORT OF TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF OLGA PLASTINO TO COMPEL ABANDONMENT OF PROPERTY - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 17-11760-MLB   Doc 384   Filed 12/10/20   Ent. 12/10/20 15:24:42   Pg. 1 of 3

3.2 Voluntary chapter 11 petition filed March 24, 2005, in the Western District of Washington under case number 05-13695-TTG, by Pakie V. Plastino, converted to chapter 7 on May 30, 2006. Debtor received a discharge on February 22, 2007 (the "2005 Bankruptcy");

3.3 Voluntary chapter 13 petition filed March 19, 2009, in the Western District of Washington under case number 09-12531-KAO, by Pakie V. Plastino, converted to chapter 11 on May 14, 2009, and dismissed on December 4, 2009; and

3.4 Voluntary chapter 11 petition filed February 3, 2017, in the Central District of California (Riverside) under case number 17-10871-WJ, by Pakie V. Plastino and dismissed on July 6, 2017 (the "California Bankruptcy").

4. The Debtor's surviving spouse, Olga B. Plastino aka Olga Plastino aka Olga Stewart Plastino aka Olga Stewart aka Olga B. Stewart aka Olga Borisovna Stewart ("Stewart"), is not a debtor in this case. She previously filed a voluntary chapter 13 petition on September 22, 2010, in the Western District of Washington under case number 10-21227-MLB (the "Stewart BK") that was converted to chapter 11 on November 1, 2010, and administratively closed on February 14, 2014, on entry of a final decree.

5. The Abandonment Motion is signed by Stewart in her capacity as "Representative of the Debtor, Pakie V. Plastino." Abandonment Motion, 9:15-16. But it appears that the legal research and analysis, and perhaps even the drafting, of the Abandonment Motion was performed by a person or persons with legal training, and the record does not disclose that Stewart has such training. Stewart should be required to identify any person who assisted her with the preparation of the Abandonment Motion.

6. I request the court continue the hearing on the Abandonment Motion to a date after the court enters its orders on the pending summary judgment motions, because if I prevail on summary judgment, I will have created significant value for the estate from the Residence, rendering moot most, if not all, of Stewart's arguments in favor of abandonment.

7. It is not clear what personal property is currently located within the Residence, and whether, among other things, Stewart might consider fixtures to be personal property, thus

DECLARATION OF RONALD G. BROWN IN SUPPORT OF TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF OLGA PLASTINO TO COMPEL ABANDONMENT OF PROPERTY - 2

GROSHONG LAW PLLC
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 17-11760-MLB    Doc 384    Filed 12/10/20    Ent. 12/10/20 15:24:42    Pg. 2 of 3

1 potentially complicating my sale of the Residence. And any order of abandonment entered on
2 the Abandonment Motion should exclude any property that is not scheduled.
3     I declare on penalty of perjury under the laws of the state of Washington that the
4 foregoing is true and correct.
5     SIGNED this 10th day of December, 2020, at Seattle, Washington.

*/s/ Ronald G. Brown*
Ronald G. Brown
Chapter 7 Trustee

DECLARATION OF RONALD G. BROWN IN SUPPORT OF TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF OLGA PLASTINO TO COMPEL ABANDONMENT OF PROPERTY - 3

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 17-11760-MLB   Doc 384   Filed 12/10/20   Ent. 12/10/20 15:24:42   Pg. 3 of 3